# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| H. Brooks & Company, | Court File No. 05-1300 MJD/JJG |
| Plaintiff, | |
| v. | **ORDER** |
| Pancho's Bakery Super Mercado, | |
| Defendant. | |

Upon the attached Notice of Dismissal,

IT IS HEREBY ORDERED that the above-captioned mater is hereby dismissed without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 18, 2005           BY THE COURT:


s/ Michael J. Davis
Honorable Michael J. Davis